Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−21526−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Sharise Ganie  
    604 Riverside Avenue  
    Trenton, NJ 08618

Social Security No.:  
    xxx−xx−8209

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2019.

On May 30, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:        July 8, 2020  
Time:        10:00 AM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 1, 2020  
JAN: pbf

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-21526-MBK
Sharise Ganie                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2           Date Rcvd: Jun 01, 2020
                              Form ID: 185                 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db             +Sharise Ganie,   604 Riverside Avenue,   Trenton, NJ 08618-5524
aty            +Denise Carlon, Esq.,    KML Law Group, PC,   216 Haddon Avenue,   Suite 406,
                 Westmont, NJ 08108-2812
lm             +Specialized Loan Servicing LLC,    P.O. Box 636005,   Littleton, CO 80163-6005
518292349     ++CREDIT UNION OF NEW JERSEY,   1301 PARKWAY AVE,   EWING NJ 08628-3010
               (address filed with court: Credit Union of New Jersey,   Attn: Bankruptcy,   Po Box 7921,
                 Ewing, NJ 08628)
518292350      +Ema Recovery,    1 Harmon Meadow Blvd,   Secaucus, NJ 07094-3600
518292351      +Eos Cca,    Attn: Bankruptcy,   700 Longwater Dr,   Norwell, MA 02061-1624
518292352     ++MID ATLANTIC FINANCE,   4592 ULMERTON ROAD,   CLEARWATER FL 33762-4107
               (address filed with court: Mid-Atlantic Finance Company,   4592 Ulmerton Road,   Suite 200,
                 Clearwater, FL 33762)
518292712      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518292353      +Quality Asset Recovery,    Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
518292354      +Specialized Loan Servicing,    c/o Pluese, Becker & Saltzman, LLC,   20000 Horizon Way, STE 900,
                 Mount Laurel, NJ 08054-4318
518292355      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,   Littleton, CO 80129-2386
518413423      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518292356      +Traf Group Inc/A-1 Collections,   Attn: Bankruptcy,   2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 00:36:04     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 00:36:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518292346      +E-mail/Text: ebnnotifications@creditacceptance.com Jun 02 2020 00:35:02     Credit Acceptance,
                 25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
518292348      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 02 2020 00:38:43     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518378751       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:33     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518388600      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2020 00:37:37     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518292357      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 02 2020 00:33:02
                 Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 7
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518292347*     +Credit Acceptance Co.,   25505 West 12 Mile Rd., Suite 3000,   Southfield, MI 48034-8331
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Jun 01, 2020
                              Form ID: 185             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Sharise  Ganie mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```