UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Sklar Smith-Sklar
1901 N. Olden Ave., Suite 22
Ewing, New Jersey  08618
(609) 882-9800  Fax:  (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Sharise Ganie

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sharise Ganie

| | |
|---|---|
| Case Number: | 19-21526 |
| Hearing Date: | July 8, 2020; 9:00am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:     ☑ Followed     ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____604 Riverside Ave., Trenton, NJ  08618_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Credit Acceptance Corporation

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*