UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Sklar Smith-Sklar
1901 N. Olden Ave., Suite 22
Ewing, New Jersey 08618
(609) 882-9800  Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Sharise Ganie

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sharise Ganie

| | |
|---|---|
| Case Number: | 19-21526 |
| Hearing Date: | July 8, 2020; 9:00am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____604 Riverside Ave., Trenton, NJ  08618_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _____Credit Acceptance Corporation_____

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Sharise Ganie  
      Debtor

Case No. 19-21526-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db       +Sharise Ganie,   604 Riverside Avenue,    Trenton, NJ 08618-5524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Candyce Ilene Smith-Sklar    on behalf of Debtor Sharise  Ganie mail@njpalaw.com, r56958@notify.bestcase.com  
      Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Gavin  Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- bk@stewartlegalgroup.com  
      Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, et al... rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 7