UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Sharise Ganie

                                    Debtor.

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-21526-MBK

Hearing Date: November 17, 2020

Judge Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:              Sharise Ganie
Case No.:            19-21526-MBK
Caption of Order:    **CONSENT ORDER RESOLVING MOTION TO VACATE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic

Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New

York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS,

Inc., Asset-Backed Certificates, Series 2006-18 ("Creditor"), whereas the total post-petition

arrearage amount was $10,676.43, and whereas the Debtor and Creditor seek to resolve the

Motion, it is hereby **ORDERED**:

 1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **604 Riverside Avenue, Trenton, New Jersey 08618**

("Property") provided that the Debtor complies with the following:

 a. On or before November 20, 2020, the Debtor shall file a modified plan providing

for the curing and payment in full of the post-petition arrearage above, as well as

all other amounts due on the underlying loan;

 b. In addition to the above, the Debtor shall resume making the regular monthly

payments to Creditor as they become due beginning with the December 1, 2020

payment.

 2. All payments due hereunder shall be sent directly to Creditor at the following

address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO

80111**.

 3. The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Candyce Ilene Smith-Sklar*
Candyce Ilene Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park, Suite 22
Ewing, NJ 08618
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street Suite 2340
Suite 2340
Tampa, FL 33602
*Counsel to Creditor*