UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR
Attorney for Debtors

Order Filed on July 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sharise Ganie

Debtors

Case No.:   19-21526-MBK

Chief Judge: Michael B Kaplan

Chapter:   13

Hearing:   7/28/21; 9:00am

## ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION

The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: July 28, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   Sharise Ganie
Case No.: 19-21526-MBK
Caption:  Order Allowing Debtors to Engage in Loss Mitigation

    This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtors for which the Debtors seeks to engage in Loss Mitigation, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is on this __28th__ day of __July__, 2021,

    ORDERED AND ADJUDGED as follows, to wit:

1. The Debtors shall be allowed to Engage in Loss Mitigation; and
2. The Debtors shall file Request for Loss Mitigation within 10 days.