|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT | : |
| DISTRICT OF NEW JERSEY | : |
|  | : |
| LAW OFFICES OF SKLAR SMITH-SKLAR | : |
| 1901 N. Olden Avenue, Suite 22 | : |
| Ewing, NJ 08618 | : |
| (609) 882-9800 Fax: (609) 538-1399 | : |
| CANDYCE I. SMITH-SKLAR | : |
| Attorney for Debtors | : |

**Order Filed on July 28, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:   19-21526-MBK

In Re:

Chief Judge: Michael B Kaplan

Sharise Ganie

Chapter:   13

Debtors

Hearing:  7/28/21; 9:00am

## ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION

The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: July 28, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:      Sharise Ganie
Case No.:    19-21526-MBK
Caption:     Order Allowing Debtors to Engage in Loss Mitigation

    This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtors for which the Debtors seeks to engage in Loss Mitigation, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is on this __28th__ day of __July__, 2021,

    ORDERED AND ADJUDGED as follows, to wit:

1. The Debtors shall be allowed to Engage in Loss Mitigation; and
2. The Debtors shall file Request for Loss Mitigation within 10 days.

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-21526-MBK

Sharise Ganie   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 2
Date Rcvd: Jul 29, 2021   Form ID: pdf903   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

**Recip ID    Recipient Name and Address**
db    + Sharise Ganie, 604 Riverside Avenue, Trenton, NJ 08618-5524

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Sharise Ganie mail@njpalaw.com r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- bk@stewartlegalgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  et al... rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7