Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−21526−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Sharise Ganie
　　604 Riverside Avenue
　　Trenton, NJ 08618

Social Security No.:
　　xxx−xx−8209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/25/21 at 09:00 AM

to consider and act upon the following:

*63* − Notice of Request for Loss Mitigation re:Specialized Loan Servicing, LLC, filed by Candyce Ilene Smith−Sklar on behalf of Sharise Ganie. Objection deadline is 08/17/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Smith−Sklar, Candyce)

Dated: 8/4/21

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court