Document #80
Case No: 19-21526
Attn: Judge Kaplan

July 29, 2022

I object to the application for Renbin listing my property for sale at market rate with Fareeda Stokes or any realtor. I owe way more for my house than it's worth and there has also been fees attached. For weeks I have expressed to Candyce Sklar that I would like to do a shortsale. She has refused to do this and has been filing paperwork on my behalf and then including a fee.

My home needs several repairs and I was looking to have private listing or see if I can sell myself. I have lived in my family house 46 years and don't feel it would be safe having traffic of strangers throughout my residence. Thank you for your consideration in this matter.

Sharise Gane

FILED
JEANNE A. NAUGHTON, CLERK
JUL 29 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY