**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Chief Judge: _____

**NOTICE OF HEARING**

You are hereby notified of a hearing before Chief Judge _____,
United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

**Location of Hearing:**   Courtroom No. _____

_____

_____

_____

**Date and Time:** _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ❏ ARE REQUIRED   ❏ ARE NOT REQUIRED

DATE: _____         JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*