# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Sharise Ganie | Case No.: | 19-21526 |
| | Hearing Date: | 8/24/2022 at 9:00 am |
| | Chapter: | 13 |
| | Chief Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Letter Objection to: Application for Retention of Professional Fareeda Stokes as Realtor

**Location of Hearing:** Courtroom No. __8__
United State Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** August 24, 2022 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: August 1, 2022

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
    Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __August 1__, 20__22__ this notice was served on the following: Trustee, Debtor and Debtor's Attorney
(Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
    Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Sharise Ganie  
    Debtor

Case No. 19-21526-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 01, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharise Ganie, 604 Riverside Avenue, Trenton, NJ 08618-5524 |
| r | + | Fareeda Stokes, Harkes Realty & Associates, LLC, 1901 N. Olden Ave, Suite 21, Ewing, NJ 08618-2187 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Sharise Ganie njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: pdf900 | Total Noticed: 2 |

        bk@stewartlegalgroup.com

Rebecca Ann Solarz

        on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  et al... rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7