# *Law Offices of Sklar Smith-Sklar*_____

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey  08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania  • (267) 575-4953

Candyce I. Smith-Sklar, Esq., Ph.D.　　　　　　　　　　　　　　　　　　　　　Admitted to PA & NJ Bars
Keith D. Sklar, Esq.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Admitted to PA & NJ Bars

August 5, 2022

Honorable Michael B Kaplan, Chief Judge
United States Bankruptcy Court
420 East State Street
Trenton, NJ 08608

**Re: Sharise Ganie, Case No. 19-21526**
**　　Withdrawal of Application to Retain Realtor (Docket #80)**

To Hon. Michael B Kaplan, Chief Judge:

　　Please be aware that our Application For Retention of Professional Fareeda Stokes as Realtor is hereby **WITHDRAWN** since we are waiting a new listing agreement.

　　Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce I. Smith-Sklar_____
Candyce I. Smith Sklar, Esq.