# *Law Offices of Sklar Smith-Sklar*_____

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey   08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania   • (267) 575-4953

| | |
|---|---|
| Candyce I. Smith-Sklar, Esq., Ph.D. | Admitted to PA & NJ Bars |
| Keith D. Sklar, Esq. | Admitted to PA & NJ Bars |

August 10, 2022

Honorable Michael B Kaplan, Chief Judge
United States Bankruptcy Court
420 East State Street
Trenton, NJ 08608

**Re: Sharise Ganie, Case No. 19-21526**
   **Withdrawal of Modified Chapter 13 Plan, under (Docket #78)**

To Hon. Michael B Kaplan, Chief Judge:

   Please withdraw our Modified Chapter 13 Plan, under Docket #78 since Debtor chooses
an alternative approach for property.

   Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce I. Smith-Sklar_____

Candyce I. Smith Sklar, Esq.