# *Law Offices of Sklar Smith-Sklar*_____

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey  08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania  • (267) 575-4953

Candyce I. Smith-Sklar, Esq., Ph.D.                                                                           Admitted to PA & NJ Bars
Keith D. Sklar, Esq.                                                                                                  Admitted to PA & NJ Bars

August 17, 2022

Honorable Michael B Kaplan, Chief Judge
United States Bankruptcy Court
420 East State Street
Trenton, NJ 08608

**Re: Sharise Ganie, Case No. 19-21526**
**Withdrawal of Objection to Trustee's Motion to Dismiss, under (Docket #77)**

To Hon. Michael B Kaplan, Chief Judge:

Please withdraw our Objection to Trustee's Motion to Dismiss, under Docket #77 since Debtor chooses an alternative approach in regard to her case.

Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce I. Smith-Sklar
Candyce I. Smith Sklar, Esq.