Gmail                                             Candyce Smith-sklar <njpalaw@gmail.com>

## S. Ganie
1 message

**Fareeda Stokes** <fstokes@harkesrealty.com>                          Thu, Aug 11, 2022 at 3:33 PM
To: Law Offices of Sklar Smith-Sklar <mail@njpalaw.com>

Good Afternoon,
Below is a chronological order of events pertaining to listing Sharise Ganie's property at 604 Riverside Ave; Trenton, NJ.

July 18th- I was contacted by Ms. Ganie, via FaceBook Messenger, to list her home. That same day, I received an email from Sklar Smith-Sklar. The email contained the certification form that I needed to complete, for the court.

July 19th- I emailed the listing agreement to Ms. Ganie for review, prior to us meeting in person.

July 25th- I met Ms. Ganie at her residence to assess the house and answer her questions about the home selling process. She did not sign the listing agreement at that time, as she was still unsure on how she wanted to proceed.

August 5th- I received a letter indicating that Ms. Ganie contested my representation of her as a Realtor. When I reached out to Ms. Ganie to let her know I received the cancellation, she acknowledged my message and informed me that she had concerns about her legal representation. I wished her well and have not been in communication with her since.
*Do you need a few minutes to chat? Please schedule using the link below.*
https://calendly.com/fareedastokes-harkesrealty/letschat

Fareeda Stokes
Owner/Broker of Record
Licensed in NJ & PA

(MWBE/SBE Certified)
1901 N. Olden Ave Ext.
Suite #21
Ewing, NJ 08618
(609) 337-4200 - office
(609) 337-4500- fax
(609) 337-2489- direct line
fstokes@harkesrealty.com

 NEW JERSEY REALTORS® Circle of Excellence Sales Award® 2016-2020

*Warning: Email is neither secure nor confidential. If you receive an email from anyone concerning any transaction involving Harkes Realty & Associates requesting that you wire funds anywhere or that you provide nonpublic personal information (such as credit or debit card numbers, or bank account or bank routing numbers) by unsecured return email, do not respond to the message and immediately call your real estate agent, mortgage consultant, settlement coordinator or other contact at Harkes Realty & Associates.*