Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–21526–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sharise Ganie
  604 Riverside Avenue
  Trenton, NJ 08618

Social Security No.:
  xxx–xx–8209

Employer's Tax I.D. No.:

---

**FINAL DECREE**

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: December 2, 2022                    Michael B. Kaplan
                                           Judge, United States Bankruptcy Court